IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DAVID MIERS, | 1:07-cv-0047 AWI TAG HC |
| Petitioner, | <u>ORDER OF TRANSFER</u> |
| vs. | |
| KATHY MENDOZA-POWERS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254, together with $5.00 payment for the filing fee in this action.

Petitioner is challenging a conviction from Butte County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.  Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

///

///

1   2.  All future filings shall reference the new Sacramento case number assigned and shall
2   be filed at:

3           United States District Court
        Eastern District of California
4           501 "I" Street, Suite 4-200
        Sacramento, CA 95814
5
IT IS SO ORDERED.
6
Dated:  **March 1, 2007**                                         **/s/ Theresa A. Goldner**
7   **j6eb3d**                                            UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26