IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**CHRISTOPHER DAVID MIERS,**

Petitioner,

v.

**KATHY MENDOZA-POWERS, et al.,**

Respondents.

CIV S-07-0441 LKK EFB P

**ORDER**

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 10, 2007, respondent filed a request for a 45-day enlargement of time within which to file a response in this matter.

Accordingly, IT IS HEREBY ORDERED that respondent's application for a 45-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on June 25, 2007.

Dated: May 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE