IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER DAVID MIERS,** | 2:07-cv-0441 LKK EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **KATHY MENDOZA-POWERS, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a 10-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on July 5, 2007.

Dated: June 28, 2007.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1